**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FELIX MALDONADO, individually and on behalf of all others similarly situated, <br><br>  Plaintiff, <br>   v. <br><br> CERTIFIED AUTOMOTIVE LEASE CORP. DBA CAL AUTOMOTIVE, <br><br>  Defendant. | **CASE NO. 1:22-cv-01527-KMW-SAK** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(ii)

Plaintiff Felix Maldonado ("Plaintiff") and Defendant Certified Automotive Lease Corp. DBA CAL Automotive ("CALAuto" or "Defendant"), hereby stipulate to the dismissal of this action, with prejudice, and with each party bearing its own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**NOW, THEREFORE,** it is hereby STIPULATED and AGREED that Plaintiff Felix Maldonado's claims are dismissed with prejudice against Defendant Certified Automotive Lease Corp.

Dated: June 29, 2022

Respectfully Submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis (195202016)
Jonathan Shub (317842020)
**SHUB LAW FIRM LLC**
134 Kings Hwy E., Fl. 2
Haddonfield, NJ 08033
T: (856) 772-7200
F: (856) 210-9088
klaukaitis@shublawyers.com
jshub@shublawyers.com

Gregory Haroutunian, Esq. (051212013)

Respectfully submitted,

 */s/ Justin J. Boron*
Justin J. Boron (250422019)
Courtney K. Mazzio (131372015)
**FREEMAN MATHIS & GARY, LLP**
3 Executive Campus Suite 350
Cherry Hill, NJ 08002-4127
jboron@fmglaw.com
cmazzio@fmglaw.com

*Attorneys for Defendants*

M. Anderson Berry
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)239-4778
Facsimile: (916)924-1829
gharoutunian@justice4you.com
aberry@justice4you.com

*Attorneys for Plaintiff and the Proposed Class*

*Pro Hac Vice Applications Filed or Forthcoming

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin Laukaitis, hereby certify that on June 29, 2022, I caused to be electronically filed the above document with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system, which shall send electronic notification to all counsel of record.


*/s/ Kevin Laukaitis*
Kevin Laukaitis
